UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL JACOB ELLIOTT,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No.  C08-5042 FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this  7th  day of March, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1