UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL JACOB ELLIOTT,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No. C08-5042 FDB/KLS

ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  Before the court is Respondent's motion for an extension of time to file an answer to Mr. Elliott's habeas corpus petition. (Dkt. # 12).  Respondent seeks an extension until May 27, 2008 to allow sufficient time to obtain the state court record from the Washington Court of Appeals to determine whether Mr. Graden's claims are exhausted.  *Id.*, p. 2.  Respondent has ordered the files from Petitioner's proceedings in the Washington courts, but has not yet received all of the files.  (*Id.*)

Petitioner filed no opposition to Respondent's request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time to file an answer to the petition for a writ of habeas corpus (Dkt. # 12) is **GRANTED.**  Respondent shall file his answer on or before **May 27, 2008**;

2. Petitioner may file reply brief not later than **June 6, 2008**;

ORDER
Page - 1

3. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 5) for **June 6, 2008**; and

4. The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 15th day of May, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2