1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL JACOB ELLIOTT,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No.  C08-5042 FDB/KLS

ORDER EXTENDING PETITIONER'S TIME TO FILE REPLY TO RESPONDENT'S ANSWER

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  The court previously granted an extension of time for Respondents to file their answer to Mr. Elliott's habeas corpus petition. (Dkt. # 13).  Respondents have filed their answer and noted it on the court's calendar for June 20, 2008. (Dkt. # 15).  Accordingly, the court's order with regard to Petitioner's time to file his reply should be amended.

    It is, therefore, **ORDERED:**

    1.    Petitioner may file a reply brief not later than **June 20, 2008;**

    2.    The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 5) for **June 20, 2008**; and

ORDER
Page - 1

1      3.    The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  29th  day of May, 2008.

                                            /s/ Karen L. Strombom  
                                            Karen L. Strombom  
                                            United States Magistrate Judge

ORDER  
Page - 2