# United States District Court

WESTERN DISTRICT OF WASHINGTON

SAMUEL JACOB ELLIOTT

       v.

KENNETH QUINN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5042FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkt. #5) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
|   September 16, 2008 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |