UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL JACOB ELLIOTT,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No. C08-5042FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner seeks a certificate of appealability regarding this Court's Order Adopting the Report and Recommendation. The Court agreed with the Magistrate Judge that one claim was unexhausted and procedurally barred, and relief was denied on the remaining claims, as Petitioner's arguments were not persuasive. On this record, a certificate of appealability will be denied as the issues presented could not be subject to debate among jurists of reason. ACCORDINGLY,

IT IS ORDERED: Petition for Certificate of Appealability [Dkt. # 24] is DENIED, Motion to Expand Record re Certificate of Appealability [Dkt. # 25] is also DENIED..

DATED this 17th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1